No. 319. PRICE *v.* MISSISSIPPI. *Per Curiam:* The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case. Appellant *pro se. Greek L. Rice,* Attorney General of Mississippi, and *George H. Ethridge,* Assistant Attorney General, for appellee.

No. 320. MILLER *v.* WIGGINS, SUPERINTENDENT. *Per Curiam:* The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). The petition for writ of certiorari is denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case. *Thurgood Marshall* and *Franklin H. Williams* for appellant. *Greek L. Rice,* Attorney General of Mississippi, and *George H. Ethridge,* Assistant Attorney General, for appellee.